JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; ESIS, INC., a Pennsylvania corporation; and TIME WARNER CABLE PACIFIC WEST LLC, a Delaware limited liability company, erroneously sued as TIME WARNER CABLE ENTERPRISES, LLC,<br><br>　　　　　　　Defendants. | Case No.  CV 14-6061-GW(JEMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Action Filed: August 1, 2014<br>Judge: Hon. George H. Wu<br>Courtroom: 10 |

[Proposed] Order Granting Stipulation for Dismissal

2382257.1

In light of the parties' joint stipulation to dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  August 21, 2015            By: _____

The Honorable George H. Wu
United States District Judge